IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MUOI T. HUYNH,

            Plaintiff,                            CV-06-1389-ST

      v.                                                 JUDGMENT

MICHAEL J. ASTRUE, Commissioner of the
Social Security Administration,

            Defendant.

STEWART, Magistrate Judge:

      Based on the record, the decision of the Commissioner is REVERSED and this case is REMANDED to the Commissioner for the calculation and payment of benefits pursuant to Sentence Four of 42 USC § 405(g).

      DATED this 7th day of February, 2008.

                                                        /s/ Janice M. Stewart____
                                                        Janice M. Stewart
                                                        United States Magistrate Judge

1 - JUDGMENT