FILED '08 APR 23 15:03 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

MUOI T. HUYNH

       Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security

       Defendant.

Civil No. 06-1389-ST

ORDER

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of $6,059.20 are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: April 23, 2008.

_____
Janice M. Stewart
U.S. Magistrate Judge

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY
OSB #63074
(503) 224-0436
Attorney for Plaintiff